UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

# 10-MC-0044

IN RE Name.com
    d/b/a Protected Domain Services
    d/b/a Engineering Sky

---

### SUBPOENA UNDER THE DIGITAL MILLENNIUM COPYRIGHT ACT

---

**TO:**    Name.com
        d/b/a Protected Domain Services
        d/b/a Engineering Sky
        125 Rampart Way, Suite 300
        Denver, CO 80230

       **YOU ARE ORDERED** to produce for inspection the identity, address, telephone number, and related information concerning the registrant and/or owner of the domain name and website www.egineeringsky.com, which copies and distributes infringing content at the following URLs, as provided for under The Digital Millennium Copyright Act of 1998, 17 U.S.C. §512(h):

http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=1
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=2
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=3
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=4
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=5
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=6
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=7
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=8
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=9

    **DOCUMENTS:**

       Documents sufficient to identify the true name, address, telephone number, and other reasonably available identifying information of the owner, operator, and/or person or entity that has registered, and/or controls www.engineeringsky.com.

    **PLACE:**

       The information shall be sent to the following authorized representative of The American Petroleum Institute:

Margaret A. Esquenet, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, D.C. 20001
Telephone: 202-408-4000
margaret.esquenet@finnegan.com

GREGORY C. LANGHAM
Clerk, U. S. District Court

_____
Margaret A. Esquenet

Date: _____

_____
Clerk of Court -- Deputy Clerk

Date: June 24, 2010