# FINNEGAN

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2010 JUN 24  PM 3: 24

GREGORY C. LANGHAM
CLERK

BY _____ DEP. CLK

MARGARET A. ESQUENET
202.408.4007
margaret.esquenet@finnegan.com

## 10-MC-0044

June 22, 2010

Name.com
d/b/a Protected Domain Services
d/b/a Engineering Sky
125 Rampart Way, Suite 300
Denver, CO 80230

**VIA EMAIL & FEDEX**
engineeringsky@gmail.com
dns@protecteddomainservices.com
engineeringsky.com@protecteddomainservices.com
support@name.com

Re:  <u>17 U.S.C. § 512(c) Notice of Copyright Infringement</u>

Dear Engineering Sky:

We write on behalf The American Petroleum Institute ("API"). API is the owner of all right, title, and interest, including copyright, in the technical standards relating to petroleum products, the titles of which are attached hereto as Ex. A (collectively the "Works"). The Works are registered with the U.S. Copyright Office.

It has come to our attention that infringing copies of each of the Works identified in Ex. A are available on the website www.engineeringsky.com. This website is registered in the name of Name.com d/b/a Protected Domain Services. All API content on www.engineeringsky.com is infringing and must be disabled and deleted immediately. A printout from the website identifying the location of the infringing content is attached as Ex. B, including content at the following URLS:

http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=1
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=2
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=3
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=4
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=5
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=6
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=7
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=8
http://www.engineeringsky.com/index.php?main_page=index&cPath=5&sort=20a&page=9[1]

---

[1] Document **CSA Z662-07 PDF** is not owned by API is not subject to this notice.

Name.com
d/b/a Protected Domain Services
d/b/a Engineering Sky
Page 2

    Pursuant to 17 U.S.C. § 512(c), please immediately delete or remove these materials and/or disable the links. We hereby certify that we: (1) are authorized to act on behalf API, (2) have provided an e-mail address to contact the undersigned, (3) have identified the infringing materials, (4) have a good-faith belief that use of the copyrighted material described above is not authorized by the copyright owner, its agent, or the law; and (5) swear, under penalty of perjury, that the information in this notification is accurate to the best of our knowledge.

    Thank you for your attention to this matter.

                                               Sincerely,

                                               Margaret A. Esquenet

Enclosures:   Exhibit A - List of API Works
                   Exhibit B - Printout of Infringing Website

## EXHIBIT A

| | |
|---|---|
| API 510 2006 | API SPEC 6D 2009 |
| API 570 2006 | API SPEC 6DSS 2007 |
| API 570 2009 | API SPEC 7 2008 |
| API 579-1/ASME-1 2007 | API SPEC 7-1 2009 |
| API RP 1102 2008 | API SPEC 7-2 2008 |
| API RP 1117 2008 | API STD 1104 2008 |
| API RP 1130 2007 | API STD 1164 2009 |
| API RP 11V10 2008 | API STD 2000 2009 |
| API RP 13B-1 2009 | API STD 520 P1 2008 |
| API RP 13I 2009 | API STD 521 2008 |
| API RP 17B 2008 | API STD 526 2009 |
| API RP 17N 2009 | API STD 530 2008 |
| API RP 2003 2008 | API STD 537 2008 |
| API RP 2A - WSD 2007 | API STD 546 2008 |
| API RP 554 PART 1 2007 | API STD 560 2007 |
| API RP 554 PART 2 2008 | API STD 610 2004 |
| API RP 554 PART 3 2008 | API STD 611 2008 |
| API RP 555 2001 | API STD 613 2003 |
| API RP 571 2003 | API STD 614 2008 |
| API RP 574 2009 | API STD 617 2009 |
| API RP 575 2005 | API STD 618 2009 |
| API RP 576 2009 | API STD 619 2004 |
| API RP 577 2004 | API STD 620 2009 |
| API RP 580 2009 | API STD 650 2009 |

| | |
|---|---|
| API RP 581 2008 | API STD 653 2009 |
| API RP 651 2007 | API STD 660 2007 |
| API RP 652 2005 | API STD 671 2007 |
| API RP 686 2009 | API STD 672 2007 |
| API RP 687 2009 | API STD 676 2009 |
| API RP 934-C 2008 | API STD 682 2006 |
| API RP 941 2008 | API STD 685 2007 |
| API SPEC 11E 2009 | API STD 689 2007 |
| API SPEC 13A 2010 | API STD 936 2008 |
| API SPEC 16D 2004 | API TR 5C3 2008 |
| API SPEC 17F 2006 | API TR 6AF2 2008 |
| API SPEC 17J 2008 | API TR 941 2008 |
| API SPEC 5CT 2006 | API/EI 1550 2007 |
| API SPEC 5DP 2009 | API/EI 1585 2007 |
| API SPEC 5LD 2009 | |
| API SPEC 6A 2009 | |

**EXHIBIT B**

Home   Log In                                                                    🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

**Filter Results by:**  Items starting with ...

Displaying **1** to **10** (of **83** products)                    **1** 2 3 4 5 ... [Next >>]

| Price | Item Name- |
|---|---|
| ~~$146.00~~ $30.00 Save: 79% off ... more info | **API 510 2006 PDF** API 510 Revision / Edition: 9TH   Chg:   Date: 06/00/06 PRESSURE VESSEL INSPECTION CODE: IN-SERVICE INSPECTION, RATING, REPAIR, AND... |
| ~~$125.00~~ $22.00 Save: 82% off ... more info | **API 570 2006 PDF** API 570 Revision / Edition: 2ND   Chg: W/ ADM4   Date: 06/00/06  PIPING INSPECTION CODE: IN-SERVICE INSPECTION, RATING, REPAIR,... |
| ~~$130.00~~ $26.00 Save: 80% off ... more info | **API 570 2009 PDF** API 570 Revision / Edition: 3RD   Chg:   Date: 11/00/09 PIPING INSPECTION CODE: IN-SERVICE INSPECTION, RATING, REPAIR, ANDALTERATION... |
| ~~$704.00~~ $55.00 Save: 92% off ... more info | **API 579 - 1 / ASME FFS - 1 2007 PDF** API 579-1/ASME FFS-1 2007   Fitness-For-Service Revision/Edition: 2   Chg:   Date: 06/05/07 Description: The methods and procedures in this... |
| ~~$112.00~~ $22.00 Save: 80% off ... more info | **API RP 1102 2008 PDF** API  RP 1102 Revision / Edition: 7   Chg: W/ ERTA   Date: 11/00/08 STEEL PIPELINES CROSSING RAILROADS AND HIGHWAYS Document Abstract... |
| ~~$128.00~~ $21.00 Save: 84% off ... more info | **API RP 1117 2008 PDF** API  RP 1117 Revision / Edition: 3   Chg: Erta   Date: 12/00/08 RECOMMENDED PRACTICE FOR MOVEMENT IN IN-SERVICE PIPELINES Document... |
| ~~$108.00~~ $16.00 Save: 85% off ... more info | **API RP 1130 2007 PDF** API  RP 1130 Revision / Edition: 1   Chg:   Date: 09/00/07 COMPUTATIONAL PIPELINE MONITORING FOR LIQUIDS Document Abstract This... |
| ~~$173.00~~ $18.00 Save: 90% off ... more info | **API RP 11V10 2008 PDF** API RP 11V10 Revision / Edition: 1   Chg:   Date: 06/00/08 DESIGN AND OPERATION OF INTERMITTENT AND CHAMBER GAS-LIFT WELLS AND... |
| ~~$160.00~~ $20.00 Save: 88% off | **API RP 13B-1 2009 PDF** API RP 13B-1 Revision / Edition: 4   Chg:   Date: 03/00/09 RECOMMENDED PRACTICE FOR FIELD TESTING WATER-BASED DRILLING FLUIDS ***... |

... more info

~~$180.00~~ $25.00
Save: 86% off  **API RP 13I 2009 PDF**

... more info  API RP 13I Revision / Edition: 8   Chg:   Date: 03/00/09 RECOMMENDED PRACTICE FOR LABORATORY TESTING OF DRILLING FLUIDS ***ISO...

Displaying **1** to **10** (of **83** products)                    **1** 2 3 4 5 ... [Next >>]

Home



Copyright © 2010 Engineering Sky - Standards & Codes download. Powered by EngineeringSky

Home   Log In                                                    🏴 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API

[Search]

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

Filter Results by:   Items starting with ...

Displaying **11** to **20** (of **83** products)          [<< Prev]  1  **2**  3  4  5 ...  [Next >>]

| Price | Item Name- |
|---|---|
| ~~$201.00~~ $20.00<br>Save: 90% off<br>... more info | **API RP 17B 2008 PDF**<br>API RP 17B Revision / Edition: 4   Chg:   Date: 07/00/08 RECOMMENDED PRACTICE FOR FLEXIBLE PIPE ***ISO ADOPTION FROM ISO... |
| ~~$172.00~~ $25.00<br>Save: 85% off<br>... more info | **API RP 17N 2009 PDF**<br>API RP 17N Revision / Edition: 1   Chg:   Date: 03/00/09 RECOMMENDED PRACTICE FOR SUBSEA PRODUCTION SYSTEM RELIABILITY AND... |
| ~~$121.00~~ $23.00<br>Save: 81% off<br>... more info | **API RP 2003 2008 PDF**<br>API RP 2003 Revision / Edition: 7   Chg:   Date: 01/00/08 PROTECTION AGAINST IGNITIONS ARISING OUT OF STATIC, LIGHTNING, AND STRAY... |
| ~~$341.00~~ $35.00<br>Save: 90% off<br>... more info | **API RP 2A - WSD 2007 PDF**<br>API RP 2A-WSD Revision / Edition: 21   Chg: W/3/ ERTA   Date: 10/00/07 RECOMMENDED PRACTICE FOR PLANNING, DESIGNING AND CONSTRUCTING... |
| ~~$134.00~~ $18.00<br>Save: 87% off<br>... more info | **API RP 554 PART 1 2007 PDF**<br>API RP 554 Revision / Edition: 2   Chg:   Date: 07/00/07 PROCESS CONTROL SYSTEMS PART 1 - PROCESS CONTROL SYSTEMS FUNCTIONS AND... |
| ~~$134.00~~ $18.00<br>Save: 87% off<br>... more info | **API RP 554 PART 2 2008 PDF**<br>API RP 554 PART 2 Revision / Edition: 1   Chg:   Date: 10/00/08 PROCESS CONTROL SYSTEMS - PROCESS CONTROL SYSTEM DESIGN Document... |
| ~~$103.00~~ $15.00<br>Save: 85% off<br>... more info | **API RP 554 PART 3 2008 PDF**<br>API RP 554 PART 3 Revision / Edition: 1   Chg:   Date: 10/00/08 PROCESS CONTROL SYSTEMS - PROJECT EXECUTION AND PROCESS CONTROL... |
| ~~$141.00~~ $25.50<br>Save: 82% off<br>... more info | **API RP 555 2001 PDF**<br>API RP 555 Revision / Edition: 2   Chg:   Date: 11/00/01 PROCESS ANALYZERS Document Abstract API publications may be used by... |
| ~~$227.00~~ $31.00<br>Save: 86% off | **API RP 571 2003 PDF**<br>API RP 571    DAMAGE MECHANISMS AFFECTING FIXED EQUIPMENT IN THE REFINING INDUSTRY   Revision / Edition: 03   Chg:   Date:... |

... more info

~~$130.00~~ $20.00
Save: 85% off   **API RP 574 2009 PDF**

... more info   API RP 574 Revision / Edition: 3   Chg:   Date: 11/00/09 INSPECTION PRACTICES FOR PIPING SYSTEM COMPONENTS Document Abstract This...

Displaying **11** to **20** (of **83** products)            [<< Prev]  1  **2**  3  4  5 ...  [Next >>]

Home



Copyright © 2010 Engineering Sky - Standards & Codes download. Powered by EngineeringSky

Home   Log In                                                              🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

# API



The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

Filter Results by:   Items starting with ...

Displaying **21** to **30** (of **83** products)                    [<< Prev]  1  2  **3**  4  5 ...  [Next >>]

| Price | Item Name- |
|---|---|
| ~~$126.00~~ $26.00<br>Save: 79% off<br>... more info | **API RP 575 2005 PDF**<br>API RP 575 Revision / Edition: 2   Chg:   Date: 05/00/05 GUIDELINES AND METHODS FOR INSPECTION OF EXISTING ATMOSPHERIC AND... |
| ~~$130.00~~ $21.00<br>Save: 84% off<br>... more info | **API RP 576 2009 PDF**<br>API RP 576 Revision / Edition: 3   Chg:   Date: 11/00/09 INSPECTION OF PRESSURE -RELIEVING DEVICES Document Abstract This... |
| ~~$164.00~~ $25.00<br>Save: 85% off<br>... more info | **API RP 577 2004 PDF**<br>API RP 577 Revision / Edition: 04   Chg:   Date: 10/00/04 WELDING INSPECTION AND METALLURGY Document Abstract This recommended... |
| ~~$183.00~~ $26.00<br>Save: 86% off<br>... more info | **API RP 580 2009 PDF**<br>API RP 580 Revision / Edition: 2   Chg:   Date: 11/00/09 RISK-BASED INSPECTION Document Abstract API Recommended Practice 580... |
| ~~$721.00~~ $45.00<br>Save: 94% off<br>... more info | **API RP 581 2008 PDF**<br>API RP 581   RISK-BASED INSPECTION TECHNOLOGY Revision / Edition: 2   Chg: Date: 09/00/08 Document Abstract Purpose This... |
| ~~$102.00~~ $16.00<br>Save: 84% off<br>... more info | **API RP 651 2007 PDF**<br>API RP 651 Revision / Edition: 3   Chg:   Date: 01/00/07 CATHODIC PROTECTION OF ABOVEGROUND PETROLEUM STORAGE TANKS Document... |
| ~~$113.00~~ $19.00<br>Save: 83% off<br>... more info | **API RP 652 2005 PDF**<br>API RP 652 Revision / Edition: 05   Chg:   Date: 10/00/05 LININGS OF ABOVEGROUND PETROLEUM STORAGE TANK BOTTOMS Document Abstract This... |
| ~~$181.00~~ $33.00<br>Save: 82% off<br>... more info | **API RP 686 2009 PDF**<br>API RP 686 Revision / Edition: 2   Chg:   Date: 12/00/09   RECOMMENDED PRACTICE FOR MACHINERY INSTALLATION AND INSTALLATION DESIGN ... |
| ~~$259.00~~ $31.00<br>Save: 88% off | **API RP 687 2009 PDF**<br>API RP 687   Rotor Repair   Revision / Edition: 1   Chg: W/ REAF   Date: 01/00/09 Document Abstract This recommended practice covers the... |

Home   Log In                                                               🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

# API



The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

Filter Results by:        Items starting with ... [ · ]
Displaying **31** to **40** (of **83** products)                    [<< Prev]  1  2  3  **4**  5 ...  [Next >>]

| Price | Item Name- |
|---|---|
| ~~$104.00~~ $20.00 Save: 81% off ... more info | **API RP 934-C 2008 PDF** API RP 934-C Revision / Edition: 1   Chg:   Date: 05/00/08 MATERIALS AND FABRICATION OF 1 1/4 CR - 1/2 MO STEEL HEAVY WALL PRESSURE VESSELS... |
| ~~$121.00~~ $20.00 Save: 83% off ... more info | **API RP 941 2008 PDF** API  RP 941 Revision / Edition: 7   Chg:   Date: 08/00/08 STEELS FOR HYDROGEN SERVICE AT ELEVATED TEMPERATURES AND PRESSURES IN... |
| ~~$160.00~~ $20.00 Save: 88% off ... more info | **API SPEC 11E 2009 PDF** API SPEC 11E Revision / Edition: 18   Chg: W/ ERTA   Date: 03/00/09 SPECIFICATION FOR PUMPING UNITS EIGHTEENTH EDITION, NOVEMBER... |
| ~~$163.00~~ $29.00 Save: 82% off ... more info | **API SPEC 13A 2010 PDF** API SPEC 13A Revision / Edition: 18   Chg:   Date: 02/00/10 DRILLING-FLUID MATERIALS ***NATIONAL ADOPTION OF ISO 13500:2009*** ... |
| ~~$171.00~~ $20.00 Save: 88% off ... more info | **API SPEC 16D 2004 PDF** API SPEC 16D Revision / Edition: 2   Chg:   Date: 07/00/04 CONTROL SYSTEMS FOR DRILLING WELL CONTROL EQUIPMENT AND CONTROL SYSTEMS... |
| ~~$190.00~~ $21.00 Save: 89% off ... more info | **API SPEC 17F 2006 PDF** API SPEC 17F Revision / Edition: 2   Chg:   Date: 12/00/06 SPECIFICATION FOR SUBSEA PRODUCTION CONTROL SYSTEMS ***ISO ADOPTION... |
| ~~$124.00~~ $15.00 Save: 88% off ... more info | **API SPEC 17J 2008 PDF** API  SPEC 17J Revision / Edition: 3   Chg:   Date: 07/00/08 SPECIFICATION FOR UNBONDED FLEXIBLE PIPE ***ISO ADOPTION FROM ISO... |
| ~~$206.00~~ $25.00 Save: 88% off ... more info | **API SPEC 5CT 2006 PDF** API SPEC 5CT Revision / Edition: 05   Chg: ERTA   Date: 04/07/06 SPECIFICATION FOR CASING AND TUBING ***ISO ADOPTION FROM ISO... |
| ~~$175.00~~ $28.00 Save: 84% off | **API SPEC 5DP 2009 PDF** API SPEC 5DP Revision / Edition: 1   Chg:   Date: 08/00/09 SPECIFICATION FOR DRILL PIPE *** SAME AS ISO 11961 *** Document Abstract... |

Home   Log In                                                            🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

**Filter Results by:**   Items starting with ...
Displaying **41** to **50** (of **83** products)                  [<< Prev]  1  2  3  4  **5** ...  [Next >>]

| Price | Item Name- |
|---|---|
| ~~$125.00~~ $22.00 Save: 82% off ... more info | **API SPEC 5LD 2009 PDF** API SPEC 5LD Revision / Edition: 3   Chg:   Date: 03/00/09 SPECIFICATION FOR CRA CLAD OR LINED STEEL PIPE Document Abstract... |
| ~~$252.00~~ $30.00 Save: 88% off ... more info | **API SPEC 6A 2009 PDF** API SPEC 6A   SPECIFICATION FOR WELLHEAD AND CHRISTMAS TREE EQUIPMENT Revision / Edition: 19   Chg: W/ ERTA   Date: 05/00/09 This... |
| ~~$127.00~~ $22.00 Save: 83% off ... more info | **API SPEC 6D 2009 PDF** API SPEC 6D Revision / Edition: 23   Chg: W/ ERTA   Date: 02/00/09 SPECIFICATION FOR PIPELINE VALVES Document Abstract This... |
| ~~$142.00~~ $20.00 Save: 86% off ... more info | **API SPEC 6DSS 2007 PDF** API SPEC 6DSS Revision / Edition: 1   Chg:   Date: 06/00/07 SPECIFICATION ON SUBSEA PIPELINE VALVES ***CONTAINS API MONOGRAM... |
| ~~$168.00~~ $26.00 Save: 85% off ... more info | **API SPEC 7 2008 PDF** API SPEC 7 Revision / Edition: 40   Chg: ADM3   Date: 06/00/08 SPECIFICATION FOR ROTARY DRILL STEM ELEMENTS Includes: API SPEC 7... |
| ~~$157.00~~ $26.00 Save: 83% off ... more info | **API SPEC 7-1 2009 PDF** API SPEC 7-1 Revision / Edition: 1   Chg: ADM2   Date: 08/00/09 SPECIFICATION FOR ROTARY DRILL STEM ELEMENTS Includes: 1. API SPEC... |
| ~~$167.00~~ $26.00 Save: 84% off ... more info | **API SPEC 7-2 2008 PDF** API SPEC 7-2 Revision / Edition: 1   Chg:   Date: 06/00/08 SPECIFICATION FOR THREADING AND GAUGING OF ROTARY SHOULDERED THREAD... |
| ~~$286.00~~ $35.00 Save: 88% off ... more info | **API STD 1104 2008 PDF** API STD 1104   Welding of Pipelines and Related Facilities Revision / Edition: 20   Chg: W/ ERTA   Date: 12/00/08 Incorporates Errata 1... |
| ~~$141.00~~ $21.00 Save: 85% off | **API STD 1164 2009 PDF** API STD 1164 Revision / Edition: 2   Chg:   Date: 06/00/09 PIPELINE SCADA SECURITY Document Abstract This document is... |

..._more info_

~~$143.00~~ $20.00
Save: 86% off  **API STD 2000 2009 PDF**

..._more info_  API STD 2000 Revision / Edition: 6   Chg:    Date: 11/00/09 VENTING ATMOSPHERIC AND LOW-PRESSURE STORAGE TANKS This International...

Displaying **41** to **50** (of **83** products)                    [<< Prev]  1 2 3 4 **5** ... [Next >>]

Home



Copyright © 2010 Engineering Sky - Standards & Codes download. Powered by EngineeringSky

Home   Log In                                                     | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

# API

[Search]

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

Filter Results by:     Items starting with ...

Displaying **51** to **60** (of **83** products)                [<< Prev] ... **6** 7 8 9 [Next >>]

| Price | Item Name- |
|---|---|
| ~~$241.00~~ $29.00 Save: 88% off ... more info | **API STD 520 P1 2008 PDF** <br> API STD 520 P1 Revision / Edition: 8   Chg:   Date: 12/00/08 SIZING, SELECTION, AND INSTALLATION OF PRESSURE-RELIEVING DEVICES IN... |
| ~~$212.00~~ $25.00 Save: 88% off ... more info | **API STD 521 2008 PDF** <br> API STD 521 Revision / Edition: 5   Chg: W/ ADM1   Date: 05/00/08 PRESSURE-RELIEVING AND DEPRESSURING SYSTEMS Document Abstract ... |
| ~~$151.00~~ $24.00 Save: 84% off ... more info | **API STD 526 2009 PDF** <br> API STD 526   FLANGED STEEL PRESSURE RELIEF VALVES Revision / Edition:6   Chg:   Date: 04/00/09 Document Abstract This standard is a... |
| ~~$256.00~~ $30.00 Save: 88% off ... more info | **API STD 530 2008 PDF** <br> API STD 530 Revision / Edition: 6   Chg:   Date: 09/00/08 CALCULATION OF HEATER -TUBE THICKNESS IN PETROLEUM REFINERIES ***ISO... |
| ~~$210.00~~ $22.00 Save: 90% off ... more info | **API STD 537 2008 PDF** <br> API STD 537 Revision / Edition: 2   Chg:   Date: 12/00/08 FLARE DETAILS FOR GENERAL REFINERY AND PETROCHEMICAL SERVICE ... |
| ~~$201.00~~ $20.00 Save: 90% off ... more info | **API STD 546 2008 PDF** <br> API STD 546 Revision / Edition: 3   Chg:   Date: 09/00/08 BRUSHLESS SYNCHRONOUS MACHINES - 500 KVA AND LARGER Document... |
| ~~$293.00~~ $33.00 Save: 89% off ... more info | **API STD 560 2007 PDF** <br> API STD 560 FIRED HEATERS FOR GENERAL REFINERY SERVICES Revision / Edition: 4   Chg:   Date: 08/00/07 This International Standard... |
| ~~$228.00~~ $27.00 Save: 88% off ... more info | **API STD 610 2004 PDF** <br> API STD 610 Revision / Edition: 10   Chg:   Date: 10/00/04 CENTRIFUGAL PUMPS FOR PETROLEUM, PETROCHEMICAL AND NATURAL GAS INDUSTRIES... |
| ~~$142.00~~ $26.50 Save: 81% off | **API STD 611 2008 PDF** <br> API  STD 611 Revision / Edition: 5   Chg:   Date: 03/00/08 GENERAL-PURPOSE STEAM TURBINES FOR PETROLEUM, CHEMICAL, AND GAS INDUSTRY... |

Home  Log In                                                    🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API

[ Search ]

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

Filter Results by:     Items starting with ...

Displaying **61** to **70** (of **83** products)            [<< Prev] ... 6 **7** 8 9 [Next >>]

| Price | Item Name- |
|---|---|
| $160.00 $20.00 Save: 88% off ... more info | **API STD 613 2003 PDF** API STD 613 Revision / Edition: 5   Chg:   Date: 02/00/03 SPECIAL-PURPOSE GEAR UNITS FOR PETROLEUM, CHEMICAL AND GAS INDUSTRY... |
| $284.00 $29.00 Save: 90% off ... more info | **API STD 614 2008 PDF** API STD 614 Revision / Edition: 5   Chg: W/ ERTA   Date: 05/00/08 Lubrication, Shaft-sealing and Oil-control Systems and Auxiliaries... |
| $212.00 $25.00 Save: 88% off ... more info | **API STD 617 2009 PDF** API STD 617 Revision / Edition: 7   Chg: W/ REAF   Date: 01/00/09 AXIAL AND CENTRIFUGAL COMPRESSORS AND EXPANDER-COMPRESSORS FOR... |
| $175.00 $26.00 Save: 85% off ... more info | **API STD 618 2009 PDF** API STD 618 Revision / Edition: 5   Chg: ERTA   Date: 11/00/09 RECIPROCATING COMPRESSORS FOR PETROLEUM, CHEMICAL, AND GAS INDUSTRY... |
| $190.00 $26.00 Save: 86% off ... more info | **API STD 619 2004 PDF** API STD 619 Revision / Edition: 04   Chg:   Date: 12/00/04 ROTARY-TYPE POSITIVE-DISPLACEMENT COMPRESSORS FOR PETROLEUM,... |
| $353.00 $35.00 Save: 90% off ... more info | **API STD 620 2009 PDF** API STD 620   Design and Construction of Large, Welded, Low-Pressure Storage Tanks Revision / Edition: 11   Chg: W/ ADM   ... |
| $425.00 $45.00 Save: 89% off ... more info | **API STD 650 2009 PDF** API STD 650  Welded Tanks for Oil Storage Revision / Edition: 11   Chg: W/ ADM2 Date: 11/00/09 Incorporates Addendum 1 (2008)... |
| $205.00 $31.00 Save: 85% off ... more info | **API STD 653 2009 PDF** API STD 653   TANK INSPECTION, REPAIR, ALTERATION, AND RECONSTRUCTION Revision / Edition: 4   Chg:   Date: 04/00/09 ... |
| $160.00 $27.00 Save: 83% off | **API STD 660 2007 PDF** API STD 660 Revision / Edition: 8   Chg:   Date: 08/00/07 SHELL-AND-TUBE HEAT EXCHANGERS ***ISO ADOPTION FROM ISO 16812*** ... |

Home   Log In                                                      🇬🇧 | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API



The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

**Filter Results by:**        Items starting with ... [▼]

Displaying **71** to **80** (of **83** products)                    [<< Prev] ... 6 7 **8** 9 [Next >>]

| Price | Item Name- |
|---|---|
| ~~$162.00~~ $20.00 Save: 88% off ... more info | **API STD 671 2007 PDF** API STD 671 Revision / Edition: 4   Chg:   Date: 08/00/07 SPECIAL PURPOSE COUPLINGS FOR PETROLEUM, CHEMICAL AND GAS... |
| ~~$228.00~~ $25.00 Save: 89% off ... more info | **API STD 672 2007 PDF** API STD 672 Revision / Edition: 4   Chg: W/ ERTA   Date: 10/00/07 PACKAGED, INTEGRALLY GEARED, CENTRIFUGAL AIR COMPRESSORS FOR... |
| ~~$145.00~~ $28.00 Save: 81% off ... more info | **API STD 676 2009 PDF** API STD 676 Revision / Edition: 3   Chg:   Date: 11/00/09 POSITIVE DISPLACEMENT PUMPS-ROTARY Document Abstract This standard... |
| ~~$224.00~~ $26.00 Save: 88% off ... more info | **API STD 682 2006 PDF** API STD 682 Revision / Edition: 3   Chg: ERTA   Date: 11/10/06 PUMPS - SHAFT SEALING SYSTEMS FOR CENTRIFUGAL AND ROTARY PUMPS ***... |
| ~~$182.00~~ $22.00 Save: 88% off ... more info | **API STD 685 2007 PDF** API STD 685 Revision / Edition: 00   Chg: W/ ERTA   Date: 10/00/07 SEALLESS CENTRIFUGAL PUMPS FOR PETROLEUM, HEAVY DUTY CHEMICAL,... |
| ~~$206.00~~ $20.00 Save: 90% off ... more info | **API STD 689 2007 PDF** API STD 689 Revision / Edition: 1   Chg:   Date:07/00/07 COLLECTION AND EXCHANGE OF RELIABILITY AND MAINTENANCE DATA FOR... |
| ~~$129.00~~ $15.00 Save: 88% off ... more info | **API STD 936 2008 PDF** API STD 936 Revision / Edition: 3   Chg:   Date: 11/00/08 REFRACTORY INSTALLATION QUALITY CONTROL - INSPECTION AND TESTING... |
| ~~$200.00~~ $22.00 Save: 89% off ... more info | **API TR 5C3 2008 PDF** API TR 5C3 Revision / Edition: 1   Chg:   Date: 12/00/08 TECHNICAL REPORT ON EQUATIONS AND CALCULATIONS FOR CASING, TUBING,AND... |
| ~~$174.00~~ $16.00 Save: 91% off | **API TR 6AF2 2008 PDF** API TR 6AF2 Revision / Edition: 3   Chg:   Date: 09/00/08 TECHNICAL REPORT ON CAPABILITIES OF API INTEGRAL FLANGES UNDER... |

... more info

~~$192.00~~ $15.00
Save: 92% off  **API TR 941 2008 PDF**

... more info  API TR 941 Revision / Edition: 08   Chg:   Date:09/00/08 THE TECHNICAL BASIS DOCUMENT FOR API RP 941 ABSTRACT Reports...

Displaying **71** to **80** (of **83** products)                [<< Prev] ... 6 7 **8** 9 [Next >>]

Home



Copyright © 2010 Engineering Sky - Standards & Codes download. Powered by EngineeringSky

Home   Log In                                                                    | US Dollar

API   ASME   ASME BPVC   ASTM   AWS

## API

The American Petroleum Institute (API) is the only national trade association that represents all aspects of America's oil and natural gas industry. Our nearly 400 corporate members, from the largest major oil company to the smallest of independents, come from all segments of the industry. They are producers, refiners, suppliers, pipeline operators and marine transporters, as well as service and supply companies that support all segments of the industry.

[ Search ]

**Filter Results by:**   Items starting with ...

Displaying **81** to **83** (of **83** products)                          [<< Prev] ... 6 7 8 **9**

| Price | Item Name- |
|---|---|
| ~~$289.00~~ $29.00 Save: 90% off ... more info | **API/EI 1550 2007 PDF** API/EI 1550 Revision / Edition: 1   Chg:   Date: 10/00/07 HANDBOOK ON EQUIPMENT USED FOR THE MAINTENANCE AND DELIVERY OF CLEAN... |
| ~~$186.00~~ $15.00 Save: 92% off ... more info | **API/EI 1585 2007 PDF** API/EI 1585 Revision / Edition: 2   Chg:   Date: 11/00/07 GUIDANCE IN THE CLEANING OF AVIATION FUEL HYDRANT SYSTEMS AT AIRPORTS ... |
| ~~$695.00~~ $60.00 Save: 91% off ... more info | **CSA Z662-07 PDF** CSA Z662-07 PACKAGE SMART Consists of Z662-07, Oil and Gas Pipeline Systems and Z662.1-07, Commentary on CSA Z662-07, Oil and Gas Pipeline... |

Displaying **81** to **83** (of **83** products)                          [<< Prev] ... 6 7 8 **9**

Home

VISA MasterCard

Copyright © 2010 Engineering Sky - Standards & Codes download. Powered by EngineeringSky